IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Abilene Division

Drake Jordan Finch,
  Plaintiff

V.

Warden Sperry, et al.,
  Defendant(s)

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX.
FILED

2017 DEC 27   AM 10: 16

DEPUTY CLERK

MOTION FOR Leave to Stay & Abey

Civil Action No. _____
1-17CV-195

TO THE HONORABLE JUDGE SCOTT FROST:

Comes now, Drake J. Finch, movant Pro Se, and brings forth grounds to move the Court to grant Movant leave by way of an order to Stay and Abey to allow his Step One and Two grievances to be Processed by T.D.C.J. Officials.

In support thereof shows the following:

1. In the interest of Judicial Economy, Movant has prepared and finished his Section 1983 Complaint for an incident occurring on October 20, 2017, while in the custody of T.D.C.J. Movant plans to legally consent, without utilizing provisions of the Uniform Commerce Code, to allow a review by Magistrate Judge. Movant proposes that case may enter the prerequisite Spears hearing while the grievances are processed, if this motion be granted the requested relief.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Movant prays the Honorable Court grant relief to the face of this motion by way of an order to Stay and Abey the said petition until a return of pertinent grievances.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the supra motion was sent to the United States District Clerk of the Abilene division at P.O. Box 1218 Abilene, Tx 79604 via U.S.P.S. mail on December ___, 2017.

Drake J. Finch
1985702
12071 F.M. 3522
Abilene Tx 79601

7

To the United States District Clerk:

Please find enclosed (2) Section 1983 complaints, Motion for production of authenticated records request, motion for leave to Stay & Abey, and motion for appointment of Counsel, and endorse and file them in your Court to be reviewed by the Honorable Magistrate Judge Scott Frost. When you assign a Cause No to this petition could you please fill in the Corresponding "Civill Action No." blank on the 3 motions. I deeply appreciate your help in this matter.



Drake Finch 1985702
12071 F.M. 3522
Abilene, Tx 79601

Legal Mail

United States District Clerk
Abilene Division
P.O. Box 1218
Abilene, Tx 79601

RECEIVED
DEC 27 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS


